UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| MALARY A. BRAKE, )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>U.S. DEPARTMENT OF JUSTICE *et al.*, )<br>)<br>Respondents. ) | Civil Action No. 05-2034 (CKK) |

### ORDER DIRECTING RESPONDENTS TO SHOW CAUSE

Pursuant to 28 U.S.C. § 2243, it is this hereby

ORDERED that respondents, by counsel, shall, within 20 days of service of a copy of this Order and the Petition, file with this Court and serve on the petitioner a statement showing why the Writ of *Habeas Corpus* should not issue.

The Clerk of Court is directed to furnish a copy of the Petition and a certified copy of this Order to the United States Marshal for the purpose of making service of same on petitioner's custodian, the United States Parole Commission, and the United States Attorney for the District of Columbia.

SO ORDERED.

_____
COLLEEN KOLLAR-KOTELLY
United States District Judge

DATE: 10/30/05