# EXHIBIT

# 1

WARRANT For Return Of Prisoner Released To Supervision

Name: Brake, Mallory                                Institution: Morgantown FCI
Reg. No. 07275-007                                  DCDC No. 269-947

UNITED STATES MARSHAL'S RETURN TO UNITED STATES PAROLE COMMISSION

NOTE: Do not execute this warrant if the subject is being held in custody on other federal, state or local charges, unless otherwise ordered by the Commission. (See instructions on accompanying memorandum.)

District of _____COL_____ ss:

Received this writ the __22__ day of __April__, 20_05_ and executed same by arresting the within-named __MALLORY BRAKE__ this __25th__ day of __April__, 20_05_, at __2pm__ and committing him to __DC JAIL__

_George Walsh_
U.S. Marshal

_Michael Frye_
Deputy Marshal

Further executed same by committing him to _____
at _____ on _____, 20____, the institution designated by the Attorney General, with the copy of the warrant and warrant application.

_____
U.S. Marshal

_____
Deputy Marshal

NOTE: The original of this warrant is to be returned to the U.S. Parole Commission, 5550 Friendship Boulevard, Chevy Chase, Maryland 20815.

ACKNOWLEDGEMENT OF SERVICE:

I have received a copy of the warrant application dated __April 22, 2005__

_[signature]_                                       __April 25, 2005__
Prisoner's Signature                                Date

(If prisoner refuses to sign, Marshal should so indicate.)

Brake, Mallory
Reg. No. 07275-007    DCDC No. 269-947
(1) "A."