UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **MALARY A. BRAKE,** | : | |
| Petitioner | : | Civil Action No. 05-02034 (CKK) |
| | : | |
| v. | : | |
| | : | |
| **U.S. DEPARTMENT OF JUSTICE,** | : | |
| **U.S. PAROLE COMMISSION et al.,** | : | |
| Respondents | : | |

## ORDER

Upon consideration of the Petitioner's Petition for a Writ of Habeas Corpus, the Federal Respondents' Opposition to the Petitioner's Petition for a Writ of Habeas Corpus, and for the reasons stated in the Federal Respondents' Opposition, it is hereby

ORDERED that the show cause order as to the federal respondents is discharged, and that Petitioner's Petition for a Writ of Habeas Corpus is DENIED.

SO ORDERED.

_____
Colleen Kollar-Kotelly
U.S. District Court Judge

Date:

Copies to:
Malary A. Brake
DCDC # 269-947
District of Columbia
Correctional Treatment Facility
1901 E. Street, S.E.
Washington, D.C. 20003

Sherri L. Berthrong
Assistant United States Attorney
555 4th Street, N.W., Room 10-450
Special Proceedings Section
Washington, D.C.  20530