# EXHIBIT 3

```
5H      PAR3J  540*23 *         SENTENCE MONITORING        *    04-22-2005
 PAGE 001         *              COMPUTATION DATA          *    12:35:52
                                 AS OF 02-07-2005

REGNO..: 07275-007 NAME: BRAKE, MALLORY A

FBI NO............: 12072VA3              DATE OF BIRTH: █████████
ARS1..............: MRG/PAROLE
UNIT..............:                        QUARTERS.....:
DETAINERS.........: NO                     NOTIFICATIONS: NO

PRE-RELEASE PREPARATION DATE: 01-11-2005

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S PRIOR COMMITMENT.
THE INMATE WAS SCHEDULED FOR RELEASE:  02-07-2005 VIA PAROLE

----------------------PRIOR JUDGMENT/WARRANT NO: 030 ----------------------
COURT OF JURISDICTION............: DIST OF COLUMBIA, SUPERIOR CRT
DOCKET NUMBER....................: F2235-96,F1331-99
JUDGE............................: QUEEN
DATE SENTENCED/PROBATION IMPOSED: 04-30-1999
DATE WARRANT ISSUED..............: 06-24-2004
DATE WARRANT EXECUTED............: 07-07-2004
DATE COMMITTED...................: 09-28-2004
HOW COMMITTED....................: RETURN OF PAROLE VIOLATOR
PROBATION IMPOSED................: NO
SPECIAL PAROLE TERM..............:

RESTITUTION...: PROPERTY:  NO    SERVICES:  NO     AMOUNT: $00.00

------------------------PRIOR OBLIGATION NO: 010 ------------------------
OFFENSE CODE....: 620
OFF/CHG: 22-3815;UNAUTHORIZED USE OF A VECHICLE
         33-541;ATT POSSESSION W/I TO DISTRIBUTE COCAINE

  SENTENCE PROCEDURE.............: DC OMNIBUS ADULT SENTENCE
  SENTENCE IMPOSED/TIME TO SERVE.:      5 YEARS         6 MONTHS
  NEW SENTENCE IMPOSED...........:    690 DAYS
  BASIS FOR CHANGE...............: PAROLE VIOLATOR WARRANT EXEC
  DATE OF OFFENSE................: 03-15-1996




G0002       MORE PAGES TO FOLLOW . . .
```

EXHIBIT 3

```
5H      PAR3J  540*23  *          SENTENCE MONITORING       *    04-22-2005
PAGE 002           *              COMPUTATION DATA          *    12:35:52
                                  AS OF 02-07-2005

REGNO..: 07275-007 NAME: BRAKE, MALLORY A


--------------------------PRIOR COMPUTATION NO: 020 --------------------------

COMPUTATION 020 WAS LAST UPDATED ON 01-03-2005 AT CRO AUTOMATICALLY

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
PRIOR COMPUTATION 020:   030 010

DATE COMPUTATION BEGAN..........: 07-07-2004
TOTAL TERM IN EFFECT............:  690 DAYS
TOTAL TERM IN EFFECT CONVERTED..:    1 YEARS      10 MONTHS      21 DAYS
EARLIEST DATE OF OFFENSE........: 03-15-1996

JAIL CREDIT.....................: FROM DATE      THRU DATE
                                  01-27-2003     04-08-2003

TOTAL JAIL CREDIT TIME..........: 72
TOTAL INOPERATIVE TIME..........: 0
STATUTORY GOOD TIME RATE........: 0
TOTAL SGT POSSIBLE..............: 0
PAROLE ELIGIBILITY..............: COMMISSION'S DISCRETION
STATUTORY RELEASE DATE..........: 03-16-2006
TWO THIRDS DATE.................: N/A
180 DAY DATE....................: N/A
EXPIRATION FULL TERM DATE.......: 03-16-2006

PAROLE EFFECTIVE................: 02-07-2005
PAROLE EFF VERIFICATION DATE....: 12-16-2004
NEXT PAROLE HEARING DATE........: UNKNOWN
TYPE OF HEARING.................: UNKNOWN

ACTUAL SATISFACTION DATE........: 02-07-2005
ACTUAL SATISFACTION METHOD......: PAROLE
ACTUAL SATISFACTION FACILITY....: MRG
ACTUAL SATISFACTION KEYED BY....: PEG

DAYS REMAINING..................: 402
FINAL PUBLIC LAW DAYS...........: 0

REMARKS.......: COMP CERTIFIED BY DCRC ON 1/6/05.




G0002        MORE PAGES TO FOLLOW . . .
```

```
5H      PAR3J  540*23 *           SENTENCE MONITORING           *    04-22-2005
PAGE 003            *             COMPUTATION DATA              *    12:35:52
                                  AS OF 08-16-2002

REGNO..: 07275-007 NAME: BRAKE, MALLORY A


FBI NO.............:                    DATE OF BIRTH: ████████
ARS1...............: MRG/PAROLE
UNIT...............:                    QUARTERS.....:
DETAINERS..........: NO                 NOTIFICATIONS: NO

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S PRIOR COMMITMENT.
THE INMATE WAS SCHEDULED FOR RELEASE: 08-16-2002 VIA PAROLE

------------------------PRIOR JUDGMENT/WARRANT NO: 010 ------------------------
COURT OF JURISDICTION............: DIST OF COLUMBIA, SUPERIOR CRT
DOCKET NUMBER....................: F2235-96(C)
JUDGE............................: QUEEN
DATE SENTENCED/PROBATION IMPOSED: 04-30-1999
DATE WARRANT ISSUED..............: N/A
DATE WARRANT EXECUTED............: N/A
DATE COMMITTED...................: 07-20-1999
HOW COMMITTED....................: DC SUPERIOR COURT COMT
PROBATION IMPOSED................: NO
SPECIAL PAROLE TERM..............:


RESTITUTION...: PROPERTY:  NO   SERVICES:  NO        AMOUNT: $00.00

------------------------PRIOR OBLIGATION NO: 010 ------------------------
OFFENSE CODE....: 695
OFF/CHG: DC CODE; 22-3815, UNAUTHORIZED USE OF A VEHICLE.

 SENTENCE PROCEDURE..............: DC OMNIBUS ADULT SENTENCE
 SENTENCE IMPOSED/TIME TO SERVE.:      3 YEARS
 MINIMUM TERM....................:      1 YEARS
 DATE OF OFFENSE.................: 05-29-1996

------------------------PRIOR JUDGMENT/WARRANT NO: 020 ------------------------

COURT OF JURISDICTION............: DIST OF COLUMBIA, SUPERIOR CRT
DOCKET NUMBER....................: F1331-99(C)
JUDGE............................: ILLEGIBLE
DATE SENTENCED/PROBATION IMPOSED: 07-15-1999
5H   DATE WARRANT ISSUED..........: N/A
DATE WARRANT EXECUTED............: N/A
DATE COMMITTED...................: 07-20-1999




G0002       MORE PAGES TO FOLLOW . . .
```

```
5H      PAR3J   540*23 *           SENTENCE MONITORING      *   04-22-2005
PAGE 004                *          COMPUTATION DATA         *   12:35:52
                                   AS OF 08-16-2002

REGNO..: 07275-007 NAME: BRAKE, MALLORY A


HOW COMMITTED....................: DC SUPERIOR COURT COMT
PROBATION IMPOSED................: NO
SPECIAL PAROLE TERM..............:

               FELONY ASSESS   MISDMNR ASSESS   FINES          COSTS
NON-COMMITTED.:   $00.00          $00.00        $00.00        $100.00

RESTITUTION...: PROPERTY:  NO   SERVICES:  NO     AMOUNT:      $00.00

--------------------------PRIOR OBLIGATION NO: 010 -------------------------
OFFENSE CODE....:  620
OFF/CHG: DC CODE; 33-541, ATTEMPTED POSSESSION WITH INTENT TO DIST
         COCAINE.

 SENTENCE PROCEDURE..............: DC OMNIBUS ADULT SENTENCE
 SENTENCE IMPOSED/TIME TO SERVE.:     30 MONTHS
 MINIMUM TERM....................:     10 MONTHS
 DATE OF OFFENSE.................: 05-29-1996

--------------------------PRIOR COMPUTATION NO: 010 ------------------------

COMPUTATION 010 WAS LAST UPDATED ON 07-17-2002 AT BUF AUTOMATICALLY

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
PRIOR COMPUTATION 010:   010 010, 020 010

DATE COMPUTATION BEGAN...........: 04-30-1999
COMBINED SENTENCE PROCEDURE......: DC OMNIBUS ADULT COMBINED SENTENCE
COMBINED TERMS IN EFFECT.........:     3 YEARS      30 MONTHS
COMBINED TERMS IN EFFECT CONVERT:      5 YEARS       6 MONTHS
COMBINED MINIMUM TERM............:     1 YEARS      10 MONTHS
EARLIEST DATE OF OFFENSE.........: 05-29-1996

JAIL CREDIT......................:  FROM DATE     THRU DATE
                                     05-29-1996   09-20-1996




G0002       MORE PAGES TO FOLLOW . . .
```

```
H    PAR3J  540*23  *         SENTENCE MONITORING         *    04-22-2005
AGE 005 OF 005  *              COMPUTATION DATA           *    12:35:52
                               AS OF 08-16-2002

REGNO..: 07275-007  NAME: BRAKE, MALLORY A


TOTAL JAIL CREDIT TIME..........: 115
TOTAL INOPERATIVE TIME..........: 0
STATUTORY GOOD TIME RATE........: 0
TOTAL SGT POSSIBLE..............: 0
PAROLE ELIGIBILITY..............: 11-05-2000
STATUTORY RELEASE DATE..........: 07-06-2004
TWO THIRDS DATE.................: N/A
180 DAY DATE....................: N/A
EXPIRATION FULL TERM DATE.......: 07-06-2004

PAROLE EFFECTIVE................: 08-16-2002
PAROLE EFF VERIFICATION DATE....: 07-16-2002
NEXT PAROLE HEARING DATE........: 04-00-2001
TYPE OF HEARING.................: INITIAL

ACTUAL SATISFACTION DATE........: 08-16-2002
ACTUAL SATISFACTION METHOD......: PAROLE
ACTUAL SATISFACTION FACILITY....: BUF
ACTUAL SATISFACTION KEYED BY....: JLT

DAYS REMAINING..................: 690
FINAL PUBLIC LAW DAYS...........: 0




S0039       ALL CURRENT COMPS ARE SATISFIED
```