**EXHIBIT 5**



**Court Services and Offender Supervision Agency for the District of Columbia**
*Community Supervision Services*
*Branch IIB, General Supervision*

APR 1 4 2005
US PAROLE COMMISSION

## Alleged Violation(s) Report

April 5, 2005

TO:  The United States Parole Commission
Scott Kubic
5500 Friendship Boulevard
Chevy Chase, MD 20815-7286

| | | | |
|---|---|---|---|
| FROM: | Denise Tennant-Bryan | Unit: | General Supervision Unit IX Team 14 |
| | Community Supervision Officer | Telephone: | (202) 585-7839 |
| Please send all inquiries to: | 1418 Good Hope Road, SE Washington, DC 20020-5615 | Fax: | (202) 585-7829 |
| | | Email: | Denise tenant-bryan@csosa.gov |

SUBJECT:     Non-Compliance with Parole
DOCKET:      F1331-99C
Re-arrest:   F-1904-05A UCSA Distribution of Cocaine
Offender:    MALLORY A BRAKE
Address:     2204 Prout St SE #4 Washington DC 20020
FEDREG #:    072750-07
FBI #:       12072VA3
DCDC #:      269-947
PDID #:      464-082

**Action Recommended: Warrant**

### SENTENCING INFORMATION

Mr. Mallory Brake was sentenced to 10 months to 30 months on July 15, 1999 for a conviction of Attempted PWID Cocaine in docket F-1331-99C. Mr. Brake was released to parole supervision on February 7, 2005 and has a full term date of March 16, 2006. The offender also has a special condition of drug after care.

EXHIBIT 5

Court Services and Offender Supervision Agency  Page 2

### ALLEGED VIOLATION(S)

**Allegation #1- Failure to comply with drug testing-** The offender illegally used an illegal substance (Marijuana) on or about 3/21/05, 3/14/05, and 2/14/05, in violation of parole condition # 10 as evidenced by the Drug Status Report dated 4/5/05.

**Allegation # 2- Failure to comply with drug testing-** The offender failed to report for drug testing 3/16/05, and 2/28/05, in violation of parole condition # 7 as evidenced by the Drug Status Report dated 4/6/05.

**Allegation #3- Failure to obey all laws-** The offender failed to obey all laws on or about 4/2/05, and was re-arrested in the District of Columbia and charged with UCSA Distribution of Cocaine in violation of parole #4, as evidenced by the CIS print-out dated 4/6/05.

### CASE SUMMARY

Since the offender's release to parole supervision, his overall compliance has been unsatisfactory. To his credit, he has reported for supervision as scheduled, but has emitted positive urine samples for marijuana, and has also failed to report for urine surveillance. As a means of intervention, the offender was referred for an assessment with the Central Intervention Team of CSOSA, and was assessed on March 24, 2005. It was recommended that the offender be placed in the Halfway Back Initiative for a period of 30 days to address his marijuana use.

On April 2, 2005, the offender was arrested in the District of Columbia and charged with UCSA Distribution of Cocaine (F-1904-05A). The offender is scheduled to appear for a Preliminary Hearing on April 11, 2005, and is currently being detained at DC Jail without bond pending the Preliminary Hearing.

Based on the aforementioned, it is this officer's opinion that the offender does not view parole supervision seriously. He was released from incarceration less than two months, and has already been re-arrested. The offender has clearly made a decision to continue with his criminal activities without giving thought to consequences. The offender is not eligible for the Halfway Back Initiative, due to his release status in the re-arrest matter. Computer searches were conducted in NCIC/WALES, CIS, and JACCS. No outstanding warrants were located, and the re-arrest is the only pending matter. The MPD-163 will be forwarded upon receipt. As confirmation of the arrest, this officer is forwarding an e-mail from DC Pre-Trial Services Agency, CIS and JACCS report.

### RECOMMENDATION

This Community Supervision Officer concludes that the offender poses a moderate risk.
Therefore, this Community Supervision Officer is respectfully requesting a Warrant.

Respectfully submitted,

Denise Tennant-Bryan
Community Supervision Officer
Telephone Number: (202) 585-7839

Court Services and Offender Supervision Agency                                         Page 3

Approved by:

*[signature]*

Aprille Cole
Supervising Community Supervision Officer
Telephone Number: (202) 585-7830

cc: File