# EXHIBIT 8

Case 1:05-cv-02034-CKK    Document 5-10    Filed 11/30/2005    Page 1 of 3

April 27, 2005

FYI    FYI    FYI    FYI    FYI

TO:     UNITED STATES PAROLE COMMISSION
        Chevy Chase, Maryland 20815

FM:     UNITED STATES MARSHALS SERVICE
        Washington, D.C. 20001

RE:     Warrant Executed

Subject: MALLORY BRAKE
Registration NO: 07275-007
DCDC: 269-947
PDID: 464-082

The above reference subject was processed on April 25, 2005 by the USMS District of COLUMBIA as a Parole Violator. He was committed to the D.C. Department of Corrections and is in D.C. Jail awaiting further action by the United States Parole Commission.

EXHIBIT
8

WARRANT For Return Of Prisoner Released To Supervision

| | |
|---|---|
| Name: Brake, Mallory | Institution: Morgantown FCI |
| Reg. No. 07275-007 | DCDC No. 269-947 |

UNITED STATES MARSHAL'S RETURN TO UNITED STATES PAROLE COMMISSION

NOTE: Do not execute this warrant if the subject is being held in custody on other federal, state or local charges, unless otherwise ordered by the Commission. (See instructions on accompanying memorandum.)

District of __COL__ ss:

Received this writ the __22__ day of __April__, 20__05__ and executed same by arresting the within-named __Mallory Brake__ this __25th__ day of __April__, 20__05__, at __2 pm__ and committing him to __DC Jail__

__George Walsh__
U.S. Marshal

__Michael Frye__
Deputy Marshal

Further executed same by committing him to _____
at _____ on _____, 20____, the institution designated by the Attorney General, with the copy of the warrant and warrant application.

_____
U.S. Marshal

_____
Deputy Marshal

NOTE: The original of this warrant is to be returned to the U.S. Parole Commission, 5550 Friendship Boulevard, Chevy Chase, Maryland 20815.

ACKNOWLEDGEMENT OF SERVICE:

I have received a copy of the warrant application dated __April 22, 2005__

__[signature]__          __April 25, 2005__
Prisoner's Signature      Date

(If prisoner refuses to sign, Marshal should so indicate.)

Brake, Mallory
Reg. No. 07275-007   DCDC No. 269-947