# EXHIBIT 9

## D.C. PROBABLE CAUSE HEARING DIGEST

Name..........................: Brake, Mallory              Hearing Date........: 4·27·05

Reg. No. ......................: 07275-007                   Examiner...............: Oty Thomas

Type of Release.............: Parole                          Supervision Officer: Denise Tennant-

Full Term Date When Warrant Issued..: 3-16-2006     Bryan
Date Warrant Executed.: 4·25·05

**Attorney at Probable Cause Hearing:**

[X] PDS      [ ] Other      [ ] None

Name: Anna Rodriguez

Address: 633 Indiana Ave N.W.
WDC 20004

Phone: 202-628-1200

**Attorney Representing Subject at Revocation Hearing:**

[X] PDS      [ ] Other      [ ] Unknown

Name: _____

Address: _____

Phone: _____

**I. Items Advised** *(Check that the subject has been advised of the following two rights):*

[X] Advised of Right to a Probable Cause Hearing   [X] Advised of Right to Attorney

**II. Reason For Not Conducting Probable Cause Hearing**
*(If Probable Cause Hearing not conducted, indicate the reason):*

[ ] Postponed to Next Docket *(If so, provide reason for postponement and omit rest of form.)*

   [ ] At Request of Attorney/Prisoner        [ ] Prisoner Unavailable

   [ ] Other Reason: _____

[ ] Combined Probable Cause/Revocation Scheduled *(If so, skip to VI, Revocation Hearing.)*

---

Brake, Mallory
Reg. No. 07275-007   DCDC No. 269-947

EXHIBIT
9

## III. Review of Charges:

Charge No. 1 - Use of Dangerous and Habit Forming Drugs

[ ] ADMITS     [X] DENIES

The Subject's Response: _no Comment_

[X] Probable Cause Found. After considering the violation report dated 4-5-2005, and the subject's response to the charge at this hearing, the evidence supporting the charge is sufficiently specific and credible for the existence of probable cause for Charge No. 1. Additional reasons for probable cause finding:

[ ] No Probable Cause Found

Charge No. 2 - Failure to Submit to Drug Testing

[ ] ADMITS     [X] DENIES

The Subject's Response: _no Comment_

[X] Probable Cause Found. After considering the violation report dated 4-5-2005, and the subject's response to the charge at this hearing, the evidence supporting the charge is sufficiently specific and credible for the existence of probable cause for Charge No. 2. Additional reasons for probable cause finding:

Brake, Mallory
Reg. No. 07275-007    DCDC No. 269-947

[ ] No Probable Cause Found

Charge No. 3 - Law Violations – a) Distribution of Crack Cocaine, b) Conspiracy to Distribute Crack Cocaine, c) Possession of Drug Paraphernalia.

a) [ ] ADMITS        [X] DENIES
b) [ ] ADMITS        [X] DENIES
c) [ ] ADMITS        [X] DENIES

The Subject's Response:   _no comment_

[X] Probable Cause Found. After considering the violation report dated 4-5-2005, and the subject's response to the charge at this hearing, the evidence supporting the charge is sufficiently specific and credible for the existence of probable cause for Charge No. 3. Additional reasons for probable cause finding:

[ ] No Probable Cause Found

Brake, Mallory
Reg. No. 07275-007    DCDC No. 269-947

IV. Additional Charges:

_____
_____
_____
_____

V. Outcome of Probable Cause Hearing:

[X] Probable Cause Found on one or more charges, Hold in Custody pending revocation hearing.

[ ] No Probable Cause Found for any charge. Discharge from Custody immediately and

    [ ] Reinstate to Supervision or   [ ] Close Case *(If expiration date has passed)*

[ ] Probable Cause Found on one or more charges. Recommend **Reinstate to Supervision** and

    [ ] Summon to revocation hearing or  [ ] **Terminate** revocation proceedings

Reason for Release/Summons:_____

_____

VI. Principal Adverse Witnesses Identified by the Commission:

Note to Subject: This is the time to request the attendance of an adverse witness (including an adverse witness identified by the Commission or an examiner on this form). Your failure to make a request for the attendance of any adverse witness is a waiver of your opportunity to confront and cross-examine that witness at a revocation hearing.

Supervision Officer Denise Tennant-Bryan

Name: Officer A. Battle
Badge No. 2523
MPD
Status: __X__Approved       ____Not Approved       ____Pending Further Review

Name: Officer Robert Munn
Badge No. 4223
MPD
Status: __X__Approved       ____Not Approved       ____Pending Further Review

Brake, Mallory
Reg. No. 07275-007   DCDC No. 269-947

## VII. Adverse Witnesses Requested by Subject:

Name: _Same_

Address:_____

Phone No._____

Status: [ ] Denied at PC Hearing   [ ] Approved at PC Hearing   [ ] Pending Further Review

Reason for Denial:_____

_____

_____

Name:_____

Address:_____

Phone No._____

Status: [ ] Denied at PC Hearing   [ ] Approved at PC Hearing   [ ] Pending Further Review

Reason for Denial:_____

_____

_____

Name:_____

Address:_____

Phone No._____

Status: [ ] Denied at PC Hearing   [ ] Approved at PC Hearing   [ ] Pending Further Review

Reason for Denial:_____

_____

## VIII. Adverse Witnesses Identified by Examiner But Not Requested by Subject:

Name:_____

Address:_____

Phone No._____

Reason for Denial:_____

_____

Brake, Mallory
Reg. No. 07275-007   DCDC No. 269-947

IX. Revocation Hearing.

[X] Local Revocation or      [ ] Combined Probable Cause/Local Revocation on:
Location: [X] CTF   [ ] DC Jail   Date: 6/30/05   Time: [ ] am [X] pm
[ ] Other at _____

_____

[ ] Recommend institutional revocation hearing upon transfer to a federal institution.

Note: A continuance must be requested in writing. You may submit your requests via e-mail. E-Mail Address: continue.hearing@usdoj.gov

*No per hearing docket*

May Qualify for an Expedited Offer:   [ ] No   [ ] Yes   (If yes, please have releasee sign below)

If the Commission approves a proposal of expedited revocation, I waive the 20-day waiting period for the submission of comments.        [ ] No   [ ] Yes


_____                _____
           *Attorney/Prisoner*                                  *Date*

*Additional Text:*



_____                4/29/05
           *Examiner*                                           *Date*

Disclosure Documents: Warrant dated 4-22-2005, Warrant Application dated 4-22-2005, Violation Report dated 4-5-2005 with attachments, Parole Certificate dated 2-1-2005, Pre-Sentence Report

I acknowledge having received the above disclosure documents and a copy of this document.

[signature]                                             4/29/05
_____                _____
           *Attorney/Prisoner*                                  *Date*


Brake, Mallory
Reg. No. 07275-007   DCDC No. 269-947