**EXHIBIT 10**




U.S. DEPARTMENT OF JUSTICE
United States Parole Commission

*5550 Friendship Boulevard*
*Chevy Chase, Maryland 20815-7201*
*Telephone: (301) 492-5821*
*Facsimile : (301) 492-5525*

Date: June 29, 2005

Ms. Anna Rodrigues
Staff Attorney
District of Columbia
Special Proceedings Division
633 Indiana Avenue, N.W.
Washington, D.C. 20004

Re:  **BRAKE, MALLORY**
     Reg. No: 07275-007
     DCDC No: 269-947

Dear Ms. Rodriques,

I have enclosed an expedited revocation proposal for the above-named releasee. This expedited revocation procedure allows the releasee to waive an in-person revocation hearing, accept responsibility for the violation behavior, and be provided a decision on the record. If the releasee accepts, the Commission will promptly issue a Notice of Action and arrange for the releasee to be transferred to a designated facility for service of the violation term. If the releasee declines, the Commission will arrange an in-person hearing under regular procedures.

Please review the attached proposal with the releasee and then fax the signed Response to Expedited Revocation Proposal to my attention at **(301) 492-5908.**

Note: The signed Response to Expedited Revocation Proposal must be received by the Commission **within 14 days of the date of this letter** for the Commission to accept the releasee's application for an expedited revocation determination. If the Response to Expedited Revocation Proposal is not received within 14 days, the releasee will have an in-person hearing, and the proposed decision will not be binding on the Commission.

If you have any further questions, please call me at (301) 492-5821, ext. 171

Sincerely,

*Lori Gobble*
Lori Gobble,
Case Operations Assistant

Enclosure

Expedited Revocation Proposal BRAKE MALLORY 07275-007

**EXHIBIT**
*10*