**EXHIBIT 11**

# Response To Expedited Revocation Proposal

| Name: BRAKE, MALLORY | Reg No: 07275-007 | DCDC No: 269-947 |
|---|---|---|

## PROPOSED DECISION

Revoke Parole; None of the time spent on Parole shall be credited. Continue to Expiration. This will require you to serve 13 months to your estimated release date of 05/31/2006. Your actual release date will be calculated by the Bureau of Prisons.

In addition, you shall be subject to the Special Drug Aftercare Condition which requires that you participate as instructed by your Supervising Officer in a program (inpatient or outpatient) for the treatment of narcotic addiction or drug dependency. That program may include testing and examination to determine if you have reverted to the use of drugs. You shall also abstain from the use of alcohol and all other intoxicants during and after the course of treatment.

After review of all relevant factors and information presented, a decision below the guidelines is warranted because the following circumstance is present: you will exhaust the available term of parole.

☐ I accept the above-proposed decision of the U.S. Parole Commission. By accepting this decision, I understand that I am accepting responsibility for my conduct, waiving my right to a revocation hearing, and waiving my right to appeal the decision.

☒ I decline the U.S. Parole Commission revocation proposal. I wish to have an in-person revocation hearing.

☐ I wish to request a 14-day extension to consider this proposal.

X _[signature]_  Signature   X 7-19-05   Date

_[signature]_  Witness   7-19-05   Date

Expedited Revocation Proposal BRAKE MALLORY 07275-007

EXHIBIT 11