**EXHIBIT 12**

| | |
|---|---|
| From: | Gobble, Lori (USPC) |
| Sent: | Monday, November 28, 2005 12:37 PM |
| To: | 'ARodriques@PDSDC.ORG' |
| Cc: | Bransky, Marc (USPC); Chickinell, Rockne J. (USPC) |
| Subject: | Brake, Mallory Reg. No. 07275-007 |
| Importance: | High |

Please be advised that mr. Brake has been scheduled for Thursday December 15, 2005 PM.

If you have any questions, please feel free to contact me at 301-492-5952 171.

Thank you in advance.

Lori Gobble
U.S. Parole Commission 11/28/05

1

Exhibit 12