**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **MALARY BRAKE,** | : | |
| **Petitioner** | : | **Civil Action No. 05-02034 (CKK)** |
| | : | |
| **v.** | : | |
| | : | |
| **U.S. DEPARTMENT OF JUSTICE,** | : | |
| **U.S. PAROLE COMMISSION,** | : | |
| **Respondents** | : | |

**NOTICE OF APPEARANCE**

The United States of America, by and through its attorney, the United States Attorney for the

District of Columbia, hereby informs the Court that Assistant United States Attorney Sherri L.

Berthrong is counsel of record on behalf of the United States in the above-captioned case.

Respectfully submitted,

KENNETH L. WAINSTEIN
United States Attorney
D.C. Bar Number 451-058

_____
ROBERT D. OKUN
Assistant United States Attorney
Chief, Special Proceedings Section
D.C. Bar Number 457-078

_____
SHERRI L. BERTHRONG
Assistant United States Attorney
D.C. Bar No. 249-136
Sherri.Berthrong@usdoj.gov
Special Proceedings Section
555 4th Street, N.W., Room 10-450
Washington, D.C. 20530
(202) 514-6948

-2-

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the instant notice has been filed electronically with the Court and served by mail upon the petitioner, Malary A. Brake, DCDC #269-947, District of Columbia Correctional Treatment Facility, 1901 E. Street, S.E., Washington, D.C., this 30th day of November, 2005.


_____
Sherri L. Berthrong
Assistant United States Attorney