United States District Court
For the District of Columbia

Malary A. Brake, Pro se-Petitioner
269-947
CCA/CTF
1901 E st. SE
Washington DC 20003

    vs

US Department of Justice
United States Parole Commission
5550 Friendship Boulevard
Chevy Chase, Maryland, 20815-7201
Respondents

    And

Warden Fred E. Figueroa, Custodian
Warden CCA (DC) CTF
1901 E st. SE
Washington DC 20003
Respondents

Case #: 1:05CV02034
Judge: Colleen Kollar-Kotelly
Deck type: Habeas Corpus/2241

Petition For Appointment of Counsel
Pursuant to title 18 U.S.C § 3006

Now Comes the Defendant <u>Malary A. Broke</u> <u>269-947</u>, Seeking relief under 28 U.S.C. section 2241. Respectfully ask this Honorable Court for an order to appoint counsel under pursuant to 18 U.S.C.A. § 3006A.

Respectfully submitted,

*Malary Broke*

Malary A. Broke
269-947
CCA/CTF
1901 E st SE
Washington DC 20003
D-4-B Cell-03