**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

MALARY BRAKE,                        :        Civil Action No. 05-02034 (CKK)
       Petitioner                    :
                             :
                             :
   v.                              :
                             :
U.S. DEPARTMENT OF JUSTICE,          :
U.S. PAROLE COMMISSION, et. al.,     :
       Respondents                   :

**FEDERAL RESPONDENTS' SUPPLEMENTAL OPPOSITION TO**
**PETITIONER'S PETITION FOR A WRIT OF HABEAS CORPUS**

The federal respondents, by and through their attorney, the United States Attorney for the

District of Columbia, hereby respectfully file their supplemental opposition to the petitioner's

petition for a writ of habeas corpus. In support of his petition, the petitioner claimed that he

should be released because the U.S. Parole Commission had not provided him with a parole

revocation hearing in a timely manner. The federal respondents filed their opposition to the

petitioner's petition on November 30, 2005.

Subsequent to this filing, the U.S. Parole Commission held a revocation hearing on

December 15, 2005. See Exhibit A (Hearing Summary). As a result of this hearing, on December

21, 2005, the Commission revoked the petitioner's parole, determined that he would not be given

credit for the time he spent on parole, and determined that he would not be released until the

expiration of his sentence. See Exhibit B (Notice of Action dated 12/21/05). Accordingly,

because the petitioner has now been given the revocation proceeding that he requested and for

the reasons stated in the federal respondent's original opposition filed on November 30, 2005, the

-1-

petitioner's petition for a writ of habeas corpus should be summarily denied.

Respectfully submitted,

KENNETH L. WAINSTEIN
United States Attorney
D.C. Bar Number 451-058

_____
ROBERT D. OKUN
Assistant United States Attorney
Chief, Special Proceedings Section
D.C. Bar Number 457-078

_____
SHERRI L. BERTHRONG
Assistant United States Attorney
Special Proceedings Section
D.C. Bar No. 249-136
Sherri.Berthrong@usdoj.gov
555 4th Street, N.W., Room 10-450
Washington, D.C. 20530
(202) 514-6948

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the Federal Respondent's Supplemental Opposition has been electronically filed with the Court and served by mail upon the petitioner, Malary A. Brake, DCDC # 269-947, District of Columbia Correctional Treatment Facility, 1901 E. Street, S.E., Washington, D.C. 20003, this 21st day of December, 2005.

_____
Sherri L. Berthrong
Assistant United States Attorney