**EXHIBIT B**

U.S. Department of Justice                                      Notice of Action
United States Parole Commission
5550 Friendship Boulevard
Chevy Chase, Maryland 20815-7201

---

Name: BRAKE, Mallory                                            Institution: D.C. – C.T.F.
Register Number: 07275-007
DCDC No: 269-947                                                Date:      December 21, 2005

---

As a result of the hearing conducted on December 15, 2005, the following action was ordered:

### D.C. Local Revocation

Revoke parole. None of the time spent on parole shall be credited. Continue to expiration.

## FINDINGS OF FACT:

The Commission finds as a fact that you violated conditions of release as charged as indicated below:

Charge No. 1 - Use of Dangerous and Habit Forming Drugs.

Basis: Your admission to the examiner.

Charge No. 2 - Failure to Submit to Drug Testing.

Basis: The testimony provided by CSO Tennant-Bryan and the documentary evidence.

Charge No. 3 - Law Violations: (a) Possession of Drug Paraphernalia.

Basis:  The testimonies provided by CSO Tennant-Bryan and MPD Officer Lispcomb; and the documentary evidence.

The Commission makes no findings concerning the following charges:

Charge No. 3 - Law Violations: (a) Distribution of Crack Cocaine; (b) Conspiracy to Distribute Crack Cocaine.

Basis: Insufficient evidence.

## REASONS:

Your parole violation behavior has been rated as criminal conduct of Category One severity because it involved Possession of Drug Paraphernalia and administrative violations. Your salient factor score is 5. See the attached sheet for an explanation of your individual Salient Factor Score items. The table at the bottom presents the points for Salient Factor Score Item C. As of 12-24-2005, you have been in confinement as a result of your violation behavior for a total of 7 month(s). Guidelines established by the

---

BRAKE 07275-007                              -1-                          Clerk  MDD
Queued: 12-21-2005 11:36:40 BOP-D.C. Correctional Treatment Facility | BOP-D.C. Federal Billing Unit | USM-District of
Columbia - District Court, D.C. District Court | FPD-District of Columbia, District of Columbia - DC |

Exhibit B

Commission indicate a customary range of 8-12 months to be served before release. After review of all relevant factors and information, a decision above the guidelines is warranted because you are a poorer parole risk than indicated by your Salient Factor Score in that you have failed to comply with previous conditions of supervision (probation).

THE ABOVE DECISION IS APPEALABLE.

You may obtain appeal forms from your caseworker or supervising officer and they must be filed with the Commission within thirty days of the date this Notice was sent.

Copies of this Notice are sent to your institution and to your supervising officer. In certain cases, copies may also be sent to the sentencing court. You are responsible for advising any others you wish to notify.

cc:   D.C. Federal Billing Unit
      D.C. Department of Corrections
      Washington, D.C. 20003

      U.S. Marshals Service
      District of Columbia - District Court
      333 Constitution Ave, N.W., Room 1400
      Washington, D.C. 20001
      Warrants / Attn: Sean McLeod

      Anna Rodriguez
      Public Defender Service
      District of Columbia
      Special Proceedings Division
      633 Indiana Avenue, N.W.
      Washington, D.C. 20004

      CSS Data Management Group
      D.C. Court Services & Offender Supervision Agency
      300 Indiana Avenue, N.W., Suite 2070
      Washington, D.C. 20001



## SALIENT FACTOR SCORE (SFS-98)

| Your Pts | Salient Factor Score (SFS-98) Item Explanations |
|---|---|
| 1 | A - Prior convictions/adjudications (adult or juvenile) None = 3; One = 2; Two or three = 1; Four or more = 0 |
| 1 | B - Prior commitments of more than thirty days (adult or juvenile) None = 2; One or two = 1; Three or more = 0 |
| 3 | C - Age at commencement of the current offense/prior commitments of more than thirty days (adult or juvenile) (see table below for an explanation) |
| 0 | D - Recent commitment free period (three years) No prior commitment of more than thirty days (adult or juvenile), or released to the community from last such commitment at least three years prior to the commencement of the current offense = 1; Otherwise = 0 |
| 0 | E - Probation/parole/confinement/escape status violator this time Neither on probation, parole, confinement, or escape status at the time of the current offense; nor committed as a probation, parole, confinement or escape status violator this time = 1; Otherwise = 0 |
| 0 | F - Older offenders If the offender was 41 years or more at the commencement of the current offense (and the total score from Items A-E above is 9 or less) = 1; Otherwise = 0 |
| 5 | Salient Factor Score (SFS-98) (sum of points for A-F above) |



Points for SFS Item C

| Age | Prior Commitments | | |
|---|---|---|---|
| | 0-1 | 2-4 | 5+ |
| 26 & Up | 3 | 2 | 1 |
| 22-25 | 2 | 1 | 0 |
| 20-21 | 1 | 0 | 0 |
| 0-19 | 0 | 0 | 0 |