UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| MALARY A. BRAKE, : | |
| : | |
| Petitioner, : | |
| : | |
| v. : | Civil Action No. 05-2034 (CKK) |
| : | |
| U.S. DEPARTMENT OF JUSTICE, *et al.*, : | |
| : | |
| Respondents. : | |

**DISMISSAL ORDER**

For the reasons stated in the accompanying Memorandum Opinion, on hereby

ORDERED that the Order to Show Cause [Dkt. #2] is DISCHARGED, and it is further

ORDERED that the petition for writ of habeas corpus [Dkt. #4] is DENIED, and it is further

ORDERED that petitioner's motion for appointment of counsel [Dkt. #8] is DENIED as moot, and it is further

ORDERED that this action is DISMISSED WITHOUT PREJUDICE, and it is further

ORDERED that the Clerk of Court shall mail a hard copy of this Order and the accompanying Memorandum Opinion to petitioner at his address of record.

SO ORDERED.

                                                                                 /s/
                                       COLLEEN KOLLAR-KOTELLY
                                       United States District Judge

Date:   January 2, 2006